AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
June 05, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Veronica Medina__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hugo Iram CARDONA Jr. | ) | Case No. **EP-23-MJ-1580-LS** |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __06/01/2023__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |
| 18 U.S.C. § 875(d) | Threats Utilizing Interstate Communications |
| 18 USC § 2252(a)(2) | Receipt of material involving the sexual exploitation of minors |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __June 05, 2023__ at __10:05 AM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

~~Sworn to before me and signed in my presence.~~

_Complainant's signature_
Javier Alvidrez, HSI Special Agent
Printed name and title

Date: __06/05/2023__

_Judge's signature_
Leon Schydlower, U.S. Magistrate Judge
Printed name and title

City and state: __El Paso, Texas__

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent ("SA") Javier Alvidrez, herein after "Affiant, being duly sworn do hereby depose and state:

1. Affiant is an SA with Homeland Security Investigations ("HSI") assigned to the El Paso Division. Affiant has been employed with HSI as an SA since 2010 and is currently assigned to the Human Exploitation Group (HEG). Affiant is authorized to investigate crimes involving the sexual exploitation of children to include violation of 18 U.S.C. § 2252 and crimes involving sextortion and cyber stalking to include violations of 18 U.S.C. § 875(d) and 18 U.S.C. § 2261(A)(2)(B).
2. The statements contained in this Affidavit are based on Affiant's experience, background as a SA, and on information provided by other law enforcement officers. Your Affiant has not included all facts known concerning this matter, but only facts necessary to set forth probable cause.
3. On May 12, 2023, Homeland Security Investigations (HSI) El Paso Division contacted Federal Bureau of Investigation (FBI) El Paso Field Office regarding an overlapping sextortion investigation involving adults and minor victims via the internet. The internet is a facility of interstate and foreign commerce. Investigators from both agencies determined that Hugo Iram CARDONA Jr. used a two-factor authentication (2FA) scheme to gain access to various young females' Snapchat accounts to steal their intimate photographs and videos. CARDONA then contacted the females using numerous social media accounts, including Instagram and TextNow, demanding that they "apologize", or CARDONA would publicly release the images or videos.
4. The HSI HEG investigation involved the sextortion of four minor victims (MV-1, MV-2, MV-3 and MV-4) all located in El Paso, TX which is in the Western District of Texas. The investigation determined MV-1, MV-2, and MV-4 were initially contacted via the 2FA scheme and from Instagram accounts "idkprii85", "designoiram", "juniorrriram, urfavpapi, urdvddyjunie, and juniorrhernandez as well as Snapchat accounts "juniepri", "asap_juniorrr", and "juniorrriram." MV-1, MV-2, and MV-4 were also contacted from multiple TextNow numbers. The Instagram accounts, Snapchat accounts and TextNow numbers were determined to be registered to CARDONA as well as from multiple TextNow numbers.
5. MV-1 received threats from multiple TextNow numbers linked to CARDONA including "I have your nudes," "apologize for blocking or ima expose you," "I waiting for you to apologize" "and ill leave you alone." MV-2 advised her images were stored in her Snapchat "For my eyes only" section to include nude images of her in the bathroom. MV-1 identified "idkprii85" and "juniorrriram" as accounts through which CARDONA was communicating. MV-1 provided your affiant an email from Snapchat advising a device from an IP address in Odessa, TX had accessed her account.
6. MV-2 received threats from multiple TextNow numbers linked to CARDONA including "ur dumb asf" "i hacked you" "and got more nudes off ur dumbass" "im still waiting for you to apologize" "and ill leave you alone". This was followed by CARDONA sending sexually explicit images of MV-2 to include an image of MV-2 nude in the shower exposing both her breasts and vagina. MV-2 was then instructed by CARDONA to follow him on his Instagram and Snapchat accounts where he continued to threaten MV-2 by messaging "is this what you want deleted?" "you're scared huh" "what will you give me

to stop and leave you alone". MV-2 confronted CARDONA by informing him the images "constituted child pornography as [she was] 17 years of age when they were taken." CARDONA replied that he would delete everything as long as MV-2 did not do anything.

7. MV-2 advised your affiant she received additional recent threats from telephone number ending in 4142 on May 27, 2023 including "ill give you an hour to apologize", "I wont hesitate to expose you", "if you just apologize I would have deleted everything". Pursuant to a federal search warrant, Agents discovered such threats sent to MV-2 upon review of CARDONA's gold iPhone 12 and telephone number ending in 4142 within the TextNow application.

8. MV-3 was contacted by CARDONA from a TextNow telephone number. CARDONA deceived MV-3 and purported to be her boyfriend, who had just lost his phone. MV-3 mistakenly sent CARDONA partially nude photos. MV-3 as well as MV-3s mother then received threats from multiple TextNow numbers linked to CARDONA such as "I'm about to post MV-3s photos and videos" "yo daughter be getting recorded by her ex getting fucked" "apologize and I delete everything."

9. MV-4 received threats from multiple TextNow numbers linked to CARDONA such as "I have your nudes" "ima send your mom everything and expose you" "apologize last chance or im gonna expose you." This was followed by CARDONA sending sexually explicit images of MV-4 to include an image of MV-4 nude on a bed with her buttocks exposed. MV-4 was instructed by CARDONA to follow him on his Instagram and Snapchat accounts where he continued to threaten MV-4. CARDONA communicated on video chat with MV-4 where he requests MV-4 to take off her shirt.

10. On February 20, 2023, the FBI received a complaint from M.M. in which she reported that she received a text message stating "got everything" and included a picture of Cardona's camera roll. The camera roll revealed that CARDONA saved approximately twenty pictures and videos of M.M. engaging in intercourse, as well as images of M.M. nude. Approximately two to four of the videos were recorded when M.M. was a minor. Shortly thereafter, M.M. received a direct message on Instagram from an account, "idkprii85," registered to CARDONA. CARDONA told M.M. to "answer" or he would be "posting everything on [M.M.'s] story." M.M.'s boyfriend also received direct messages from the same account. These messages stated, "aye tell [M.M.] to answer me. if not im gonna show her parents everything and get both of you in so much trouble and ruin her modeling career. only you can save her."

11. On April 13, 2023, CARDONA further threatened to damage M.M.'s reputation and career by texting M.M., "[M.M.] i saw you got your Instagram back. but if you don't answer ima start ruining your fucking pageant and life. ima ruin ur modeling career. apologize. that's all you gotta do."

12. The investigation revealed the IP address utilized to create, login, or register the TextNow telephone numbers and Instagram and Snapchat accounts originated from a subscriber account in the name of Hugo Cardona located at a residence in Odessa, TX which is in the Western District of Texas. An occupant of the residence was identified as Hugo Iram CARDONA Jr. Telephone number ending in 9775 was also listed as a verified telephone number for Instagram account "idkprii85" as well as the email of hugocardona36@gmail.com. The listed subscriber account for telephone number ending

in 9775 listed the subscriber as CARDONA with an iPhone 12 Pro, IMEI 356462525725224 listed as a device.

13. On June 1, 2023, HSI and FBI investigators executed a duly issued federal search warrant for electronic devices at CARDONA's residence. During the execution of the search warrant, multiple electronic devices were seized to include a blue iPhone 6 and gold iPhone 12 in CARDONA's bedroom. A preliminary search of the devices yielded multiple conversations indicating sextortion as well as multiple sexually explicit photos stored in a hidden folder of the photos section.

14. CARDONA was read his Miranda Warnings in the English language by Affiant and witnessed by FBI Agent S. Priestap. CARDONA acknowledged he understood his rights and was willing to speak with Agents without the presence of an attorney.

15. CARDONA stated that he "harassed" numerous young females between the ages of 16 and 21. CARDONA admitted to "hacking" into the victim's Snapchat accounts, stealing their intimate images and videos, and threatening to "expose" the victims unless they apologize. CARDONA stated he primarily used two devices to further his crimes: a blue iPhone 6 and a gold iPhone 12 that solely belonged to him. CARDONA added no one else had access to his devices. CARDONA identified all aforementioned Instagram and Snapchat accounts as belonging to him.

16. CARDONA acknowledged he communicated with MV-2 via Instagram and Snapchat. CARDONA recalled MV-2 by name and acknowledged sending a fake Snapchat 2FA message to obtain access to MV-2s account. CARDONA was shown screenshots of chats between himself and MV-2 via Instagram and Snapchat and acknowledged the communication. CARDONA acknowledged he recently attempted to communicate with MV-2 on May 27, 2023 and that he sent threats. Your affiant confirmed a phone number ending in 4142 was assigned within the Text Now application on CARDONA's cellular phone and observed MV-2s name and her cell number was saved as a contact in CARDONA's cell phone.

17. CARDONA admitted to targeting M.M. and recalled her by name. CARDONA stated that he sent M.M. a text message pretending to originate from Snap, Inc., the parent company and owner of the mobile application Snapchat. Once M.M. sent CARDONA a code, CARDONA accessed M.M.'s Snapchat account and took content from M.M.'s chat history. CARDONA acknowledged possessing approximately twenty of M.M.'s nude photographs and videos, including the videos M.M. described to Agents as M.M. engaging in intercourse as a minor. CARDONA confirmed he sent numerous messages to M.M. via Instagram and TextNow directing M.M. to apologize, or he would ruin M.M.'s life and modeling career.

18. CARDONA stated that Grande Communications is the internet service provider for his residence. The wi-fi internet network is closed and requires a password to access. The service is registered to CARDONA. CARDONA identified the bedroom in which investigators located the blue iPhone 6 and gold iPhone 12 as his own. CARDONA stated that no other individuals have access to his cellular devices, nor have they ever had access. CARDONA identified Verizon as the cellphone provider and identified his phone number ending in 9775 for the gold iPhone 12.

19. CARDONA acknowledged he knew it was against the law to extort persons and possess child pornography. CARDONA stated he had few friends and wanted to be popular. CARDONA admitted he became angry and began to harass others.

20. Agents reviewed the gold iPhone 12 belonging to CARDONA. Agents discovered all images and videos originating from M.M.'s Snapchat account on CARDONA's gold iPhone 12, to include videos of M.M. engaging in intercourse as a minor. AGENTS observed a self-taken photo of MV-1 in the bathroom covering her breast and exposing her vagina. Agents observed clips of video chats on Instagram between CARDONA and MV-3 in which MV-3 lifts up her shirt exposing her breast after being requested by CARDONA. Agents observed a self-taken photo of MV-4 nude in the shower exposing her breasts and vagina. AGENTS observed two of the aforementioned Instagram accounts and one Snapchat account currently in use on CARDONA's cellular phone.
21. This affidavit is intended to show merely that there is sufficient probable cause for the arrest of CARDONA and does not set forth all of the Affiant's knowledge about this matter.
22. There is probable cause that CARDONA, while using a facility of interstate and foreign commerce, did threaten and extort multiple victims to obtain sexually explicit material and subsequently was found to have received material containing images of child pornography in violation of Title 18 U.S.C § 875(d) – Threatening Interstate Communications, Title 18 U.SC. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors, and Title 18 U.S.C. § 2261A(2)(B) – Cyber Stalking

_____
Javier Alvidrez
Special Agent

Subscribed and sworn before me this 5th day of June 2023

_____
Leon Schydlower
United States Magistrate Judge